Green Tree Servicing LLC

Centralized Bankruptcy Department

**POST PETITION WORKSHEET**

**Maddox**          Case# 10-40845

Filed 2/28/2010

| Date Due 10th | Amounts Due P & I | Insurance | Escrow | Total | Date Pmts. Received | Amt Received | Difference | Arrears Pmts |
|---|---|---|---|---|---|---|---|---|
| Mar-10 | 954.36 | 0.00 | 220.72 | 1175.08 | 3/16/2010 | 1175.08 | 0.00 | 0.00 |
| Apr-10 | 954.36 | 0.00 | 232.69 | 1187.05 | 4/19/2010 | 1175.08 | 11.97 | 0.00 |
| May-10 | 954.36 | 0.00 | 232.69 | 1187.05 | 5/14/2010 | 1175.08 | 11.97 | 0.00 |
| Jun-10 | 954.36 | 0.00 | 196.78 | 1151.14 | 6/15/2010 | 1175.08 | -23.94 | 0.00 |
| Jul-10 | 954.36 | 0.00 | 232.69 | 1187.05 | 7/15/2010 | 1175.08 | 11.97 | 0.00 |
| Aug-10 | 954.36 | 0.00 | 232.69 | 1187.05 | 8/13/2010 | 1175.08 | 11.97 | 0.00 |
| Sep-10 | 954.36 | 0.00 | 232.69 | 1187.05 | 9/15/2010 | 1175.08 | 11.97 | 0.00 |
| Oct-10 | 954.36 | 0.00 | 220.72 | 1175.08 | 10/15/2010 | 1175.08 | 0.00 | 0.00 |
| Nov-10 | 954.36 | 0.00 | 232.69 | 1187.05 | 11/15/2010 | 1175.08 | 11.97 | 0.00 |
| Dec-10 | 954.36 | 0.00 | 232.69 | 1187.05 | 12/15/2010 | 1175.08 | 11.97 | 0.00 |
| Jan-11 | 954.36 | 0.00 | 232.69 | 1187.05 | 1/14/2011 | 1175.08 | 11.97 | 0.00 |
| Feb-11 | 954.36 | 0.00 | 232.69 | 1187.05 | 2/15/2011 | 1175.08 | 11.97 | 0.00 |
| Mar-11 | 954.36 | 0.00 | 232.69 | 1187.05 | 3/15/2011 | 1175.08 | 11.97 | 0.00 |
| Apr-11 | 954.36 | 0.00 | 232.69 | 1187.05 | 4/15/2011 | 1175.08 | 11.97 | 0.00 |
| May-11 | 954.36 | 0.00 | 232.69 | 1187.05 | 5/13/2011 | 1175.08 | 11.97 | 0.00 |
| Jun-11 | 954.36 | 0.00 | 232.69 | 1187.05 | 6/15/2011 | 1175.08 | 11.97 | 0.00 |
| Jul-11 | 954.36 | 0.00 | 232.69 | 1187.05 | 7/15/2011 | 1175.08 | 11.97 | 0.00 |
| Aug-11 | 954.36 | 0.00 | 268.54 | 1222.90 | 8/15/2011 | 1175.08 | 47.82 | 0.00 |
| Sep-11 | 954.36 | 0.00 | 268.54 | 1222.90 | 9/7/2011 | 4375.01 | -3152.11 | 0.00 |
| Oct-11 | 954.36 | 0.00 | 268.54 | 1222.90 | 9/15/2011 | 1175.08 | 47.82 | 0.00 |
| Nov-11 | 954.36 | 0.00 | 268.54 | 1222.90 | 10/17/2011 | 1175.08 | 47.82 | 0.00 |
| Dec-11 | 954.36 | 0.00 | 268.54 | 1222.90 | 11/16/2011 | 1175.08 | 47.82 | 0.00 |
| Jan-12 | 954.36 | 0.00 | 268.54 | 1222.90 | 12/16/2011 | 1175.08 | 47.82 | 0.00 |
| Feb-12 | 954.36 | 0.00 | 268.54 | 1222.90 | 1/16/2012 | 1175.08 | 47.82 | 0.00 |
| Mar-12 | 954.36 | 0.00 | 268.54 | 1222.90 | 2/16/2012 | 1175.08 | 47.82 | 0.00 |
| Apr-12 | 954.36 | 0.00 | 264.54 | 1218.90 | 3/16/2012 | 1175.08 | 43.82 | 0.00 |
| May-12 | 954.36 | 0.00 | 264.54 | 1218.90 | 4/16/2012 | 1175.08 | 43.82 | 0.00 |
| Jun-12 | 954.36 | 0.00 | 264.54 | 1218.90 | 6/18/2012 | 1175.08 | 43.82 | 0.00 |
| Jul-12 | 954.36 | 0.00 | 264.54 | 1218.90 | 8/16/2012 | 1175.08 | 43.82 | 0.00 |
| Aug-12 | 954.36 | 0.00 | 264.54 | 1218.90 | 8/31/2012 | 100.00 | 1118.90 | 0.00 |
| Sep-12 | 954.36 | 0.00 | 264.54 | 1218.90 | 9/17/2012 | 1175.08 | 43.82 | 0.00 |
| Oct-12 | 954.36 | 0.00 | 264.54 | 1218.90 | 10/16/2012 | 1175.08 | 43.82 | 0.00 |
| Nov-12 | 954.36 | 0.00 | 264.54 | 1218.90 | 10/30/2012 | 150.00 | 1068.90 | 0.00 |
| Dec-12 | 954.36 | 0.00 | 264.54 | 1218.90 | 11/16/2012 | 1175.08 | 43.82 | 0.00 |
| Jan-13 | 954.36 | 0.00 | 264.54 | 1218.90 | 12/17/2012 | 1175.08 | 43.82 | 0.00 |
| Feb-13 | 954.36 | 0.00 | 264.54 | 1218.90 | 1/10/2013 | 100.00 | 1118.90 | 0.00 |
| Mar-13 | 954.36 | 0.00 | 264.54 | 1218.90 | 1/16/2013 | 1175.08 | 43.82 | 0.00 |
| Apr-13 | 954.36 | 0.00 | 243.78 | 1198.14 | 1/29/2013 | 400.00 | 798.14 | 0.00 |
| May-13 | 954.36 | 0.00 | 243.78 | 1198.14 | 3/18/2013 | 1218.90 | -20.76 | 0.00 |
| Jun-13 | 954.36 | 0.00 | 243.78 | 1198.14 | 4/16/2013 | 1218.90 | -20.76 | 0.00 |
| Jul-13 | 954.36 | 0.00 | 243.78 | 1198.14 | 5/16/2013 | 1218.90 | -20.76 | 0.00 |
| Aug-13 | 954.36 | 0.00 | 243.78 | 1198.14 | 6/17/2013 | 1218.90 | -20.76 | 0.00 |

Green Tree Servicing LLC

Centralized Bankruptcy Department

**POST PETITION WORKSHEET**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sep-13 | 954.36 | **0.00** | 243.78 | 1198.14 | 7/16/2013 | 2417.04 | -1218.90 | 0.00 |
| Oct-13 | 954.36 | **0.00** | 243.78 | 1198.14 | 9/16/2013 | 1198.14 | 0.00 | 0.00 |
| Nov-13 | 954.36 | **0.00** | 243.78 | 1198.14 | 10/16/2013 | 1198.14 | 0.00 | 0.00 |
| Dec-13 | 954.36 | **0.00** | 243.78 | 1198.14 | 12/16/2013 | 1198.14 | 0.00 | 0.00 |
| Jan-14 | 954.36 | **0.00** | 243.78 | 1198.14 | 1/16/2014 | 1198.14 | 0.00 | 0.00 |
| Feb-14 | 954.36 | **0.00** | 243.78 | 1198.14 | 3/17/2014 | 1198.14 | 0.00 | 0.00 |
| Mar-14 | 954.36 | **0.00** | 243.78 | 1198.14 | 4/16/2014 | 1198.14 | 0.00 | 0.00 |
| Apr-14 | 954.36 | **0.00** | 235.75 | 1190.11 | 5/16/2014 | 1198.14 | -8.03 | 0.00 |
| May-14 | 954.36 | **0.00** | 235.75 | 1190.11 | 6/13/2014 | 1198.14 | -8.03 | 0.00 |
| Jun-14 | 954.36 | **0.00** | 235.75 | 1190.11 | 7/16/2014 | 1190.11 | 0.00 | 0.00 |
| Jul-14 | 954.36 | **0.00** | 235.75 | 1190.11 | 8/15/2014 | 1190.11 | 0.00 | 0.00 |
| Aug-14 | 954.36 | **0.00** | 235.75 | 1190.11 | 9/16/2014 | 1190.11 | 0.00 | 0.00 |
| Sep-14 | 954.36 | **0.00** | 235.75 | 1190.11 | 10/21/2014 | 1190.11 | 0.00 | 0.00 |
| Oct-14 | 954.36 | **0.00** | 235.75 | 1190.11 | 11/14/2014 | 1190.11 | 0.00 | 0.00 |
| Nov-14 | 954.36 | **0.00** | 235.75 | 1190.11 | 12/15/2014 | 1190.11 | 0.00 | 0.00 |
| Dec-14 | 954.36 | **0.00** | 235.75 | 1190.11 | 1/15/2015 | 1190.11 | 0.00 | 0.00 |
| Jan-15 | 954.36 | **0.00** | 235.75 | 1190.11 | 2/13/2015 | 1190.11 | 0.00 | 0.00 |
| Feb-15 | 954.36 | **0.00** | 235.75 | 1190.11 | 3/13/2015 | 1190.11 | 0.00 | 0.00 |
| Mar-15 | 954.36 | **0.00** | 235.75 | 1190.11 | 4/15/2015 | 1190.11 | 0.00 | 0.00 |
| Apr-15 | 954.36 | **0.00** | 235.75 | 1190.11 | 5/15/2015 | 1190.11 | 0.00 | 0.00 |
| May-15 | 954.36 | 0.00 | 235.75 | 1190.11 | 6/15/2015 | 1190.11 | 0.00 | 0.00 |
| Jun-15 | 954.36 | 0.00 | 235.75 | 1190.11 | 11/18/2013 | 1198.14 | -8.03 | 0.00 |
| Jul-15 | 954.36 | 0.00 | 235.75 | 1190.11 | 2/17/2014 | 1198.14 | -8.03 | 0.00 |
| | 0.00 | **0.00** | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| **Total due** | 62033.40 | 0.00 | 15916.04 | 77949.44 | **Amount Paid** | 77458.01 | 491.43 | 0.00 |

**Amount Due**    491.43